335 A.2d 350
COMMONWEALTH of Pennsylvania
v.
Paul Anthony GRECO, Appellant.

Supreme Court of Pennsylvania.
Argued April 26, 1974.
Decided April 17, 1975.

Abraham T. Needleman, Dennis H. Eisman, Gerald A. Stein, Needleman, Needleman, Tabb & Eisman, Philadelphia, for appellant.

Milton O. Moss, Dist. Atty., William T. Nicholas, 1st Asst. Dist. Atty., Stewart J. Greenleaf, Asst. Dist. Atty., Chief, Appellate Division, Bernard A. Moore, Asst. Dist. Atty., Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Appeal dismissed 226 Pa.Super. 723, 309 A.2d 816, as having been improvidently granted.